IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
   **Plaintiff,**

vs.                 3:09cr18/LAC

**BRANDY LYNN FIELDS,**
   **Defendant.**
_____

### ACCEPTANCE OF PLEA OF GUILTY

  Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, BRANDY LYNN FIELDS, to the indictment returned against her is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

  **DONE AND ORDERED this 20th day of March, 2009.**

               *s/L.A. Collier*
               **LACEY A. COLLIER**
               **SENIOR UNITED STATES DISTRICT JUDGE**